WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
James N. Lawlor
Adam M. Bialek
John D. Giampolo

Counsel for the Appellee

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――――x
In re:

LEHMAN BROTHERS HOLDINGS INC., et al.      :

          Debtors.      :
―――――――――――――――――――――――――――x

LHM FINANCIAL CORPORATION,      :

          Appellant,      :

                               1:15-cv-04061-WHP

− against −      :

LEHMAN BROTHERS HOLDINGS INC.,      :

                            :      **NOTICE OF**
          Appellee.      **APPEARANCE**
―――――――――――――――――――――――――――:
                                          x

        PLEASE TAKE NOTICE that James N. Lawlor of Wollmuth Maher & Deutsch LLP hereby appears on behalf of appellee Lehman Brothers Holdings Inc. in the above captioned case and also has been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of the aforementioned plaintiff.

Dated: New York, New York
June 5, 2015

Respectfully submitted,

   /s/ James N. Lawlor
James N. Lawlor

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
jlawlor@wmd-law.com

*Counsel for Appellee*
*Lehman Brothers Holdings Inc.*