UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>-against-<br><br>LHM FINANCIAL CORPORATION,<br><br>Defendant. | Adversary Proceeding<br><br>Adv. Pro. No. 14-02393 (SCC) |
| LHM FINANCIAL CORPORATION,<br><br>Appellant,<br><br>-against-<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br><br>Appellee. | 1:15-cv-04061-WHP |

## CERTIFICATION OF SERVICE

I, John D. Giampolo, of full age, hereby certify as follows:

1.  I am a partner at the law firm of Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, 12th Floor, New York, New York 10110, counsel for Appellee Lehman Brothers Holdings Inc.

2. On June 8, 2015, I caused a true and correct copy of the Memorandum of Lehman Brothers Holdings Inc. in Opposition to LHM Financial Corporation's Motion for Leave to Appeal Order and Memorandum Decision Denying Motion to Dismiss (ECF No. 8) to be served by filing the same with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

3. On June 8, 2015, I also caused a true and correct copy of the Memorandum of Lehman Brothers Holdings Inc. in Opposition to LHM Financial Corporation's Motion for Leave to Appeal Order and Memorandum Decision Denying Motion to Dismiss (ECF No. 8) to be served upon the following via electronic mail:

- Derek L. Wright, DLWright@foley.com;

- James Brody, jbrody@americanmlg.com; and

- Tracy Henderson, thenderson@americanmlg.com.

I certify that the foregoing statements are true to the best of my knowledge. I am aware that if any of the foregoing statements be willfully false, I am subject to punishment.

Dated: New York, New York
       June 9, 2015

                                                    /s/ John D. Giampolo
                                                    John D. Giampolo