UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
    :    15cv4061
LHM FINANCIAL CORPORATION,
    :
          Appellant,
    :    <u>SCHEDULING ORDER</u>
   v.
    :
LEHMAN BROTHERS HOLDINGS, INC.,
    :
          Appellee.
    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/15

WILLIAM H. PAULEY III, District Judge:

       The parties are directed to appear for oral argument on LHM Financial Corporation's motion for leave to appeal order and decision denying motion to dismiss on August 19, 2015 at 11:30 a.m.

Dated: July 31, 2015
       New York, New York

                       SO ORDERED:

                       WILLIAM H. PAULEY III
                       U.S.D.J.

*All Counsel of Record.*