Evans D. Prieston
James W. Brody
Tracy L. Henderson
AMERICAN MORTGAGE LAW GROUP
75 Rowland Way, Suite 350
Novato, CA 94945
Tel: (415) 878.0030
Fax: (415) 878.0035
thenderson@americanmlg.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Aug 18, 2015
```

*Counsel for Appellant LHM Financial Corporation*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LHM FINANCIAL CORPORATION,<br><br>Appellant,<br><br>v.<br><br>LEHMAN BROTHERS HOLDINGS, INC.,<br><br>Appellee. | 1:15-cv-04061-WHP<br><br>On Appeal from the United States Bankruptcy Court for the Southern District of New York, Honorable Shelley C. Chapman, Adv. Pro. No. 14-02393<br><br>[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE |

Upon the motion of Tracy Lee Henderson, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar) of the state of California and admitted to the bar of the United States District Court, Northern District of California and United States District Court, Central District of California; and that her contact information is as follows:

> Tracy L. Henderson
> 75 Rowland Way, Suite 350
> Novato, CA 94945
> thenderson@americanmlg.com
> (415) 878-0030 x. 153/ (415) 878-0035

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

1

LHM FINANCIAL CORPORATION in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

SO ORDERED:

Dated August 18, 2015

_____
WILLIAM H. PAULEY III
U.S.D.J.