USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2015

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HOMETRUST MORTGAGE CO.,

            Appellant,

     -against-

LEHMAN BROTHERS HOLDINGS, INC.,

            Appellee.
-------------------------------------------------------------X
LHM FINANCIAL CORPORATION,

            Appellant,

     -against-

LEHMAN BROTHERS HOLDINGS, INC.,

            Appellee.
-------------------------------------------------------------X

15 **CIVIL** 4060 (WHP)

## JUDGMENT

15 **CIVIL** 4061 (WHP)

## JUDGMENT

Hometrust Mortgage Co. ("Hometrust") and LHM Financial Corporation ("LHM") having

moved for leave appeal orders of United States Bankruptcy Judge Shelley C. Chapman denying their

motions to dismiss Lehman Brothers Holdings, Inc.'s ("LBHI") complaints against them, and the

motions having come before the Honorable William H. Pauley III, United States District Judge, and

the Court, on September 25, 2015, having rendered its Memorandum and Order denying Hometrust

and LHM's motions for leave to appeal the Bankruptcy Court for the Southern District of New

York's decision and related orders denying LHM and Hometrust's motions to dismiss Lehman

Brothers Holdings, Inc.'s Complaints, and directing the Clerk of Court to mark both cases closed,

it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum and Order dated September 25, 2015, Hometrust and LHM's motions for

leave to appeal the Bankruptcy Court for the Southern District of New York's decision and related

orders denying LHM and Hometrust's motions to dismiss Lehman Brothers Holdings, Inc.'s

Complaints are denied and both cases are closed.

**Dated:**   New York, New York
    September 29, 2015


                                    **RUBY J. KRAJICK**
                                    _____
                                        **Clerk of Court**
                            **BY:**
                                    _____
                                        **Deputy Clerk**